UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-123(01)RM |
| ) | |
| HOLLY BUNCH ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 15, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 17], ACCEPTS defendant Holly Bunch's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 1703.

SO ORDERED.

ENTERED: __February 4, 2010__

                                                                       __/s/ Robert L. Miller, Jr.__
                                                                       Judge
                                                                       United States District Court